

May 18, 2020

**VIA ECF**
The Honorable J. Paul Oetken
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *United States v. Christopher Canale, 17-CR-286 (JPO)*

Dear Judge Oetken:

      On behalf of defendant Christopher Canale, I write with no objection from the Government or Probation to respectfully request that the terms of the Court's April 30, 2020 order be clarified to provide that Mr. Canale has been placed on supervised release with a special condition of "home detention" until November 17, 2020.

      On April 30, 2020, this Court granted Mr. Canale compassionate release, reducing his sentence to time served and placing him on supervised release with a special condition of "home confinement" until November 17, 2020, but there is some ambiguity as to what level of supervision this entails.  *See e.g.*, United States Courts, Services and Forms, Chapter 3: Location Monitoring (Probation and Supervised Release Conditions), *available at* https://www.uscourts.gov/services-forms/location-monitoring-probation-supervised-release-conditions (describing different methods of implementation of home confinement.)  "Home detention requires the defendant to remain at home at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court-ordered obligations, or other activities as approved by the probation officer."

      In light of the fact that Mr. Canale, a first time, non-violent offender, was already due to be released to community confinement followed by a period of home detention when compassionate release was granted, we respectfully submit that this is the appropriate level of supervision. *Cf. United States v. Trevon Gross*, No. 15 Cr. 769 (AJN), ECF Dkt. 771 (S.D.N.Y. May 7, 2020) (granting compassionate release to supervised release with special condition of home detention for first-time, non-violent offender).

As noted above, we have conferred with Probation and the Government, and they have no objection to this request. Thank you for your consideration.

Sincerely,

/s/ Kristen M. Santillo
Kristen M. Santillo

cc:  AUSA Juliana Murray
     Probation Officer Jason Lerman

> Granted.  The Court hereby clarifies that Defendant's term of supervised release imposed by this Court on April 30, 2020, shall be subject to a special condition of **home detention** until November 17, 2020.
> So ordered.
> May 18, 2020

_____
J. PAUL OETKEN
United States District Judge